UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No.  05-80882

v.                                     District Judge Victoria A. Roberts
                                       Magistrate Judge R. Steven Whalen

JACK STEWART McPHERSON,

       Defendant.

_____/

**ORDER**

For the reasons and under the terms stated on the record on January 12, 2006, Defendant's Motion for Notice of 404(b) Evidence [Docket #9] is GRANTED.

SO ORDERED.

                                             S/R. Steven Whalen
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE

Dated:  May 31, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 31, 2006.

                                             S/Gina Wilson
                                             Judicial Assistant